[No. 64507-2-I.  Division One.  June 13, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JORAWAR SINGH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-03204-8, Richard McDermott, J., entered November 20, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Leach, A.C.J., and Cox, J.

[No. 64599-4-I.  Division One.  June 13, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. KOKEE JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-11804-1, Catherine D. Shaffer, J., entered December 15, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Appelwick and Schindler, JJ.

[No. 64734-2-I.  Division One.  June 13, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIS C. MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 08-1-00243-7, Dave Needy, J., entered December 11, 2009. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer, C.J., and Leach, J.

[No. 64776-8-I.  Division One.  June 13, 2011.]

MIGUEL BERNAL HERNANDEZ, *Appellant*, v. GLACIER FISH COMPANY, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-12754-1, Douglass A. North, J., entered December 24, 2009. *Affirmed in part* and *reversed in part* by unpublished opinion per Dwyer, C.J., concurred in by Schindler and Spearman, JJ.